**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

BARTON LLP,

        Plaintiff,

  -against-

MAHO PARTNERS, LLC

        Defendant.

------------------------------------- x

ORDER

21 Civ. 3108 (GBD)

GEORGE B. DANIELS, United States District Judge:

The July 8, 2021 initial conference is cancelled, in light of this Court's referral to Magistrate Judge Fox for General Pretrial and Settlement.

Dated: July 6, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge