UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BARTON LLP,

                Plaintiff,

      -against-

MAHO PARTNERS, LLC

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

21 Civ. 3108 (GBD)

JAN 0 4 2022

GEORGE B. DANIELS, United States District Judge:

Defense Counsel's motion to withdraw as attorney, (ECF NO. 34), is GRANTED.

Defendant's motion to stay all proceedings, (ECF No. 32), is DENIED.

Defendant has thirty (30) days to obtain new counsel.

Defendant's opposition to Plaintiff's motion for summary judgment, (ECF No. 27), is

extended to February 10, 2022; Plaintiff's reply is due on February 20, 2022.

Dated: January 4, 2022
      New York, New York

                          SO ORDERED.

                          GEORGE B. DANIELS
                          United States District Judge