```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BARTON LLP,                                                 :
                                                            :    21-CV-3108 (GBD) (RWL)
                          Plaintiff,                        :
                                                            :
            - against -                                     :    ORDER
                                                            :
MAHO PARTNERS, LLC                                          :
                                                            :
                          Defendant.                        :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On December 9, 2021, Plaintiff filed a motion for summary judgment. On December 27, 2021, counsel for Defendant moved to withdraw. In support of that motion, Defendant submitted a declaration consenting to withdrawal. On January 4, 2022, the Court entered an order granting the motion to withdraw, denying a stay of the action, directing that Defendant had 30 days to retain new counsel, and extending Defendant's time to respond to the motion for summary judgment until February 10, 2022 (Dkt. 38). Since then, no appearance has been made by an attorney representing Defendant. Nor has Defendant submitted any opposition to the motion for summary judgment.

A corporate party may not proceed pro se and can appear only through counsel. Accordingly, the Court will provide Defendant with a final opportunity to appear. No later than March 14, 2022, Defendant shall appear through counsel. If Defendant fails to do so, it will be in default and subject to default judgment in Plaintiff's favor.

By March 4, 2022, Plaintiff shall serve a copy of this order by express mail or delivery service on Defendant at (1) Defendant's last known address, and (2) Defendant's agent for service of process. Plaintiff shall file proof of service by March 8, 2022. If

1

Defendant fails to appear as ordered, then Plaintiff shall file for default and move for default judgment by March 28, 2022.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 28, 2022
       New York, New York

Copies transmitted this date to all counsel of record.