```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BARTON LLP,

                Plaintiff,

     - against -

MAHO PARTNERS, LLC

                Defendant.
-------------------------------------------------------------X

21-cv-3108 (GBD) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Any response to Plaintiff's motion for default judgment must be filed by April 14, 2022 and must be filed through counsel appearing on behalf of the Defendant entity. Failure to respond may alone be grounds for granting default. By April 1, 2022, Plaintiff shall serve a copy of this order on defendant through means previously approved by the Court and shall file proof of service by April 4, 2022.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: March 29, 2022
       New York, New York

Copies transmitted this date to all counsel of record.