**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BARTON LLP,

                Plaintiff,

   -against-                                     21 **CIVIL** 3108 (GBD)(RWL)

                                                              **JUDGMENT**

MAHO PARTNERS, LLC,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Decision and Order dated July 7, 2022, Plaintiff Barton LLP has judgment, plus prejudgment interest at the statutory rate of 9%, and costs against Defendants. Final judgment is entered in favor of Plaintiff against Defendants for damages in the amount of $256,816.50, plus prejudgment interest, in the amount of $31,978.93 and costs in the amount of $402.00; accordingly, the case is closed.

**Dated:**  New York, New York

      July 7, 2022

                                                                    **RUBY J. KRAJICK**

                                                                      **Clerk of Court**
                                       **BY:**       *K. Mango*
                                                                    **Deputy Clerk**